F|F
FARMER &
FITZGERALD
ATTORNEYS AND COUNSELORS AT LAW

MATTHEW P. FARMER
MATTFARMER1@AOL.COM

TIMOTHY J. FITZGERALD
TJFITZ@ME.COM

July 17, 2013

Director John Morton
U.S. Immigration and Customs Enforcement
500 12th St., SW
Washington, DC 20536

Re: Claim of Luis Perez

Dear Director Morton:

On behalf of Mr. Luis Perez, a United States citizen and a veteran of the United States Armed Forces, and his family, I hereby submit a claim for damages due to the negligence of a number of United States Immigration and Customs Enforcement agents on July 20, 2011 in Tampa, Florida.

I have also enclosed a copy of a July 20, 2011 letter from the Assistant Special Agent in Charge of the Tampa Division.

I look forward to a prompt resolution of this matter.

Thank you.

With kind regards,

Matthew Farmer

Encl

102 W. WHITING ST. SUITE 501 • TAMPA, FL 33602 | PHONE 813.228.0095 • FAX 813.224.0269
WWW.FARMERANDFITZGERALD.COM

EXHIBIT
2

*Homeland Security Investigations*
*Office of the Special Agent in Charge*

2203 N. Lois Avenue, Suite 600
Tampa, FL 33607

**Homeland Security**

JUL 20 2011

Mr. Luis Perez
6720 S. Lois Ave
Apt 9301
Tampa, FL 33616

Dear Mr. Perez:

On July 20, 2011, U.S. Immigration and Customs Enforcement (ICE) Agents engaged in the execution of an arrest warrant, breached the door at 6720 S. Lois Ave., Apt. #9301, Tampa, FL, and utilized a pyrotechnic device. The subject of the arrest warrant was not encountered at that address. ICE Agents took action to ensure the safety of all individuals involved. The subject of the arrest warrant was subsequently located and arrested at the residence next door, 6720 S. Lois Ave., Apt. #9302, Tampa, FL. No members of the Perez family have any relevance to this investigation.

Respectfully,

Guillermo Cancio Jr.
Assistant Special Agent in Charge
Tampa, Flordia