*Office of the Principal Legal Advisor*

U.S. Department of Homeland Security
U.S. Immigration and Customs Enforcement
7701 N. Stemmons Freeway
Dallas, TX 75247

U.S. Immigration
and Customs
Enforcement

March 16, 2015

CERTIFIED RECEIPT: 7010 1870 0001 2540 8655

Mathew Farmer, ESQ.
102 W. Whiting St.
Tampa, FL 33602

Re: Federal Tort Claim against the Department of Homeland Security/ U.S. Immigration and Customs Enforcement
Date of incident: July 20, 2013
Your Client: Luis Perez
Amount: "Greater than $260,000.00"

Dear Mr. Farmer,

The claim that you and your firm filed against the Department of Homeland Security/ U.S. Immigration & Customs Enforcement in the amount "Greater than $260,000.00" on behalf of your client Luis Perez been denied. This letter is being furnished to you as formal written notice of our final denial of this claim.

If you wish to pursue your claim pursuant to 28 U.S.C. § 2401(b), you must do so in the appropriate United States District Court no later than six months after the date of this letter.

Very truly yours,

Steve Ohrvall
Associate Legal Advisor
(214) 905-5324

CERTIFIED MAIL
RETURN RECEIPT REQUESTED

EXHIBIT
tabbies
3

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

OFFICIAL USE

MAR 17 2015

Postmark Here

560 L PEER

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Sent To MATHEW FARMER ESQ
Street, Apt. No.; or PO Box No. 102 W WHITING ST
City, State, ZIP+4 TAMPA FL 33602

PS Form 3800, August 2006 See Reverse for Instructions

7010 1870 0001 2540 8655

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

MATHEW FARMER ESQ
102 W. WHITING ST.
TAMPA, FL 33602

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X [signature] ☐ Agent ☒ Addressee

B. Received by (Printed Name) MATTHEW FARMER

C. Date of Delivery 3/23/15

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 7010 1870 0001 2540 8655

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540